B6A (Official Form 6A) (12/07)

In re **Husein Suleiman**,     Case No. **10-36544**
Debtor

# SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Home**<br>**8426 Peter Terrace**<br>**Niles, IL 60714**<br>**(Title is held by The Suleiman Revocable Living Trust. Debtor and ex-wife Theresa Suleiman are joint parties to the revocable trust. Mortgage is in Husband name)** | **Fee Simple** | **J** | **247,080.00** | **291,000.00** |
| **Single Family Home**<br>**4553 Scott Street**<br>**Schiller Park, IL 60176**<br>**(Son lives here, wife's name on Title only, Husband name on Mortgage only)** | **Fee Simple** | **J** | **129,333.00** | **183,000.00** |
| **Single Family Home**<br>**4837 W Cullom**<br>**Chicago, IL 60641**<br>**(House is going for a short sale, with a contract)** | **Fee Simple** | **-** | **340,000.00** | **320,000.00** |
| **Vacant Land**<br>**18 Southwest Dralle**<br>**Frankfort, IL** | **Fee simple** | **-** | **650,000.00** | **750,000.00** |

                                               Sub-Total >    **1,366,413.00**    (Total of this page)

                                                    Total >    **1,366,413.00**

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re  **Husein Suleiman**  , Case No. **10-36544**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Home** | **735 ILCS 5/12-901** | **15,000.00** | **247,080.00** |
| **8426 Peter Terrace** | | | |
| **Niles, IL 60714** | | | |
| **(Title is held by The Suleiman Revocable Living Trust.  Debtor and ex-wife Theresa Suleiman are joint parties to the revocable trust.  Mortgage is in Husband name)** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **16,837.00** |
| **Inland Bank** | | | |
| **(Frozen)** | | | |
| **Checking Account** | **735 ILCS 5/12-1001(b)** | **600.00** | **600.00** |
| **Bank America/Chase Bank** | | | |
| **Household Goods and Furnishings** | | | |
| **TV & Furniture** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Wearing Apparel** | | | |
| **Normal Apparel** | **735 ILCS 5/12-1001(a)** | **400.00** | **400.00** |
| Total: | | **19,400.00** | **265,317.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2016 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy